*John V. L. Overbagh and wife* v. *John McCarty et al.* A.

Taber, for appellants; S. Stevens, for respondents. Decree appealed from affirmed with costs, and proceedings submitted to the vice chancellor.